[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 8, 2010
JOHN LEY
CLERK

No. 10-11539
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20944-KMM-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LUIS A. BAEZ,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 8, 2010)

Before BARKETT, HULL and WILSON, Circuit Judges.

PER CURIAM:

Margaret Foldes, appointed counsel for Luis Baez, has moved to withdraw

from further representation of the appellant and filed a brief pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Baez's conviction and sentence are **AFFIRMED.**